# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2421
_____

K.V.-O., Mother of B.C.,

    Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

September 14, 2018

PER CURIAM.

    AFFIRMED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David J. Joffe of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.

Sara Elizabeth Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee, for Guardian ad Litem Program.